# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/26/2020

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Jan Mason<br>**COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| Suresh Kumar<br><br>v.<br><br>Frisco ISD and Steven Noskin, et al | 4:19-CV-284 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Michael Joseph Collins and Donna P. Zinke | Charles Joseph Crawford, Lucas Christopher Henry and Chad Timmons |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Bench Trial - Day 1 |
|---|---|
| 9:01 a.m. | Court in session. Court notes appearances. |
| 9:10 a.m. | Plaintiff's counsel, Michael Collins begins opening statement. |
| 9:35 a.m. | Defendant's counsel, Charles Crawford begins opening statement. |
| 9:53 a.m. | Plaintiff's counsel, Michael Collins calls Grace Wang. Witness Wang placed under oath. Plaintiff's counsel, Michael Collins begins direct examination of Grace Wang. |
| 10:17 a.m. | Defendant's counsel, Lucas Henry begins cross examination of Grace Wong. Lucas Henry begins cross examination of Grace Wong. |
| 10:21 a.m. | Defendant's counsel, Lucas Henry offers Plaintiff's Exhibit 6. Plaintiff's Exhibit 6 admitted. |
| 10:30 a.m. | Defendant's counsel, Lucas Henry shows witness Plaintiff's Exhibit 142. |
| 10:37 a.m. | Witness excused. |
| 10:38 a.m. | Court recess for 15 minutes. |
| 10:58 a.m. | Court re-convened. Plaintiff's counsel, Michael Collins calls Dr. Marie Walters. Witness Walters placed under oath. Plaintiff's counsel, Michael Collins begins direct examination of Dr. Marie Walters. |

| | |
|---|---|
| 11:40 a.m. | Defendant's counsel, Lucas Henry begins cross examination of Dr. Marie Walters. |
| 11:49 a.m. | Defendant's counsel, Lucas Henry offers Defendant's Exhibit 17.  Exhibit 17 admitted. |
| 11:55 a.m. | Plaintiff's counsel, Michael Collins begins re-direct examination of Dr. Marie Walters. |
| 11:56 a.m. | Witness excused. |
| 11:57 a.m. | Court adjourned until 1:05 p.m. |
| 1:09 p.m. | Court re-convenes.  Court hears from the Parties regarding pending issues.  Parties have resolved issues. |
| 1:11 p.m. | Plaintiff's counsel, Michael Collins calls Muniraj Janagarajan. Witness placed under oath. Plaintiff's counsel, Michael Collins begins direct examination of Janagarajan. |
| 1:25 p.m. | Plaintiff's counsel, Michael Collins refers the witness to Plaintiff's Exhibit 47. |
| 1:40 p.m. | Defendant's counsel, Lucas Henry begins cross examination of Muniraj Janagarajan. |
| 1:59 p.m. | Plaintiff's counsel, Michael Collins calls Marc Payne via video.  Witness placed under oath. |
| 2:02 p.m. | Defendant renews objections to Marc Payne's testimony. |
| 2:02 p.m. | Plaintiff's counsel, Michael Collins begins direct examination of Marc Payne. |
| 2:30 p.m. | Plaintiff's counsel, Michael Collins refers witness to Plaintiff's Exhibit 56.  Defendant's object to Plaintiff's Exhibit 56 as unauthenticated, hearsay and irrelevant. |
| 2:38 p.m. | Defendant's objection to Exhibit 56 is overruled.  Plaintiff's Exhibit 56 is admitted. |
| 2:38 p.m. | Plaintiff's counsel, Michael Collins refers witness to Plaintiff's Exhibit 57. |
| 2:42 p.m. | Plaintiff's counsel, Michael Collins offers Plaintiff's Exhibit 57. Defendant objects to Plaintiff's Exhibit 56 as hearsay and irrelevant.   Court overrules Defendant's objection. Plaintiff Exhibit 57 is admitted. |
| 2:43 p.m. | Plaintiff's counsel, Michael Collins refers witness to Plaintiff's Exhibit 58. Defendant objects to Plaintiff's Exhibit 58 as hearsay and irrelevant.   Court overrules Defendant's objection. Plaintiff Exhibit 58 is admitted. |
| 2:49 p.m. | Plaintiff's counsel, Michael Doel Collins refers witness to Plaintiff's Exhibit 60.  Defendant withdraws any objection to Exhibit 60.  Plaintiff's Exhibit 60 is admitted. |

| 2:50 p.m. | Plaintiff's counsel, Michael Collins refers witness to Plaintiff's Exhibit 61. |
| --- | --- |
| 2:52 p.m. | Plaintiff's counsel, Michael Collins offers Plaintiff's Exhibit 61.  Defendant withdraws any objection to Exhibit 61.  Plaintiff's Exhibit 61 is admitted. |
| 3:01 p.m. | Plaintiff's counsel, Michael Collins offers Plaintiff's Exhibit 52.  Defendant objects on hearsay.  Court overrules Defendant's objection.  Plaintiff's Exhibit 52 is admitted. |
| 3:13 p.m. | Defendant's counsel, Lucas Henry, begins cross examination of Marc Payne. |
| 3:26 p.m. | Plaintiff's counsel, Michael Collins begins re-direct examination of Marc Payne. |
| 3:30 p.m. | Witness is excused.  Court recess for 15 minutes. |
| 3:50 p.m. | Court re-convenes.  Plaintiff's counsel, Michael Collins calls Carlos L. Gallardo.  Witness placed under oath.  Plaintiff's counsel, Michael Collins begins direct examination of Carlos Gallardo. |
| 4:14 p.m. | Plaintiff's counsel, Michael Collins refers witness to Plaintiff's Exhibit 77.  Defendant objects to the Exhibit as hearsay.  Court overrules Defendant's objection.  Court conditionally admits Plaintiff's Exhibit 77. |
| 4:18 p.m. | Defendant's counsel, Lucas Henry begins cross examination of Carlos Gallardo. |
| 4:25 p.m. | Defendant's counsel, Lucas Henry refers witness to Plaintiff's Exhibit 6 and 1. |
| 4:40 p.m. | Witness excused. |
| 4:41 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk